# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rosaura Pablo Miguel

**Petitioner**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 25-cv-02644-AGS-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 20, 2026, the Court held a hearing. For the reasons stated on the record, the petition for a writ of habeas corpus (ECF 1 ) is denied without prejudice. The case is hereby closed.

**Date:** 2/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**25-cv-02644-AGS-MSB

Respondents:

Christopher LaRose
Facility Administrator at Otay Mesa
Detention Center, San Diego, California

Joseph Freden
Field Office Director of San Diego Office of
Detention and Removal, U.S. Immigrations
and Customs Enforcement

U.S. Department of Homeland Security

Todd M. Lyons
Acting Director, Immigration and Customs
Enforcement, U.S. Department of
Homeland Security

Kristi Noem
in her Official Capacity, Secretary, U.S.
Department of Homeland Security

Pam Bondi
in her Official Capacity, Attorney General
of the United States

Pam Bondi
Attorney General of the United States